UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21CR00039-KDB-DCK-1

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

        **ORDER**

**TYRELL DONTAYE DANIELS,**

    **Defendant,**

This **MATTER** is before the Court on its own Motion to administratively close the case as to **TYRELL DONTAYE DANIELS**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: July 7, 2022

Kenneth D. Bell
United States District Judge